[No. 24835-6-III.   Division Three.   July 27, 2006.]

*In the Matter of the Postsentence Review of* NICHOLAS DEAN CHILDERS.

Appeal from a judgment of the Superior Court for Kittitas County, No. 05-1-00273-4, Michael E. Cooper, J., entered October 6, 2005. Petition *granted in part* and *remanded* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Kulik, J. Now published at 135 Wn. App. 37.

[No. 56163-4-I.   Division One.   July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT J. SCHORR, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00607-7, Charles Snyder, J., entered March 31, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 56787-0-I.   Division One.   July 31, 2006.]

*In the Matter of the Marriage of* CATHERINE KENDALL, *Respondent*, and MICHAEL SILVERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-05226-1, Theresa B. Doyle, J., entered August 10, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ.

[No. 53774-1-I.   Division One.   July 31, 2006.]

*In the Matter of the Detention of* DENNIS BREEDLOVE.

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS BREEDLOVE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-08597-9, Ronald L. Castleberry, J., entered February 4, 2004. *Affirmed* by unpublished per curiam opinion.